BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
         clozano@unioncounsel.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>PROTECH SERVICES, INC., a California corporation, individually and doing business as PROTECH GENERAL CONTRACTING SERVICES<br><br>Defendant. | No. 12-cv-1047 MEJ<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER** |

**TO:  THE CLERK OF THE COURT AND DEFENDANT PENINSULA BUILDERS, INC., A California Corporation:**

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial Case Management Conference scheduled for June 14, 2012 at 10:00 a.m. be continued for ninety days

1  to allow Plaintiffs additional time to locate and serve Defendant with the Complaint and

2  Summons.

3      Plaintiffs filed its Complaint in this matter on February 23, 2012.  Since that time,

4  Plaintiffs have attempted to serve Defendant with the Summons and Complaint in this matter, but

5  have been unable to do so.  Given these facts, Plaintiffs request that Case Management

6  Conference be continued for ninety days in order to allow Plaintiffs additional time to locate and

7  serve Defendant.

8      The above stated facts are set forth in the accompanying Declaration of Concepción E.

9  Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference,

10  filed herewith.

11

12  Dated: June 4, 2012

13                  WEINBERG, ROGER & ROSENFELD
                A Professional Corporation

14

15                  By:    /s/ *Concepción E. Lozano-Batista*
                    CONCEPCIÓN E. LOZANO-BATISTA

16                  Attorneys for Plaintiffs

17

### ORDER CONTINUING CASE MANAGEMENT CONFERENCE

18      Based upon the foregoing Ex Parte Application for Continuance of Case Management

19  Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to

20  Continue Case Management Conference, the Court orders a continuance of the Case Management

21  Conference for 90 days, or as soon thereafter as a court date is available.  In addition, the Court

22  orders:  Case Management Conference is continued to September 27, 2012

23  at 10:00 a.m., Courtroom B,

24  15th Flr.

Dated:  June 5, 2012

25                  HONORABLE MARIA ELENA JAMES

26                  United States District Court Judge

27  130385/670907

28

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
         clozano@unioncounsel.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>PROTECH SERVICES, INC., a California corporation, individually and doing business as PROTECH GENERAL CONTRACTING SERVICES<br><br>　　　　　　　Defendant. | No. 12-cv-1047 MEJ<br><br>**DECLARATION OF CONCEPCIÓN E. LOZANO-BATISTA IN SUPPORT OF EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

I, CONCEPCIÓN E. LOZANO-BATISTA, declare as follows:

1.　　I am a shareholder in the law firm of Weinberg, Roger & Rosenfeld, located at 1001 Marina Village Parkway, Suite 200, Alameda, California, 94501-1091, the attorneys for

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
DECLARATION ISO APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; CASE NO. 12-CV-1047 MEJ

1 Plaintiffs in this matter.  I have knowledge of the facts stated in this Declaration and I could and
2 would testify competently thereto.
3     2. Plaintiffs filed their Complaint in this matter on February 23, 2012.
4     3. Since that time, Plaintiffs have attempted to serve Defendant with the Summons
5 and Complaint in this matter, but have been unable to do so.
6     4. Given these facts, Plaintiffs believe that the Case Management Conference set for
7 June 14, 2012 should be continued for ninety days in order to allow Plaintiffs additional time to
8 locate and serve Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 4, 2012

                          WEINBERG, ROGER & ROSENFELD
                          A Professional Corporation


                          By:    /s/ *Concepción E. Lozano-Batista*
                              CONCEPCIÓN E. LOZANO-BATISTA
                              Attorneys for Plaintiffs

130385/670910

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
Declaration ISO Application for Continuance of Case Management Conference;
Case No. 12-cv-1047 MEJ