UNITED STATES DISTRICT COURT

Northern District of California

BOARD OF TRUSTEES,                  No. C 12-01047 MEJ

           Plaintiff(s),             **ORDER RE: STATUS**

   v.

PROTECH SERVICES,

           Defendant(s).

_____/

     This matter is currently scheduled for a Case Management Conference on September 27, 2012. However, as no joint statement has been filed, the Court VACATES the September 27 conference and ORDERS Plaintiffs to file a status report by October 4, 2012.

**IT IS SO ORDERED.**

Dated: September 21, 2012

                                                 _____
                                                Maria-Elena James
                                                Chief United States Magistrate Judge