UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BOARD OF TRUSTEES, | No. C 12-01047 MEJ |
|       Plaintiff(s), | **ORDER RE: STATUS** |
|   v. | |
| PROTECH SERVICES, | |
|       Defendant(s). | |

This matter is currently scheduled for a Case Management Conference on January 10, 2013. However, as default has been entered against Defendant, the Court VACATES the January 10 conference and ORDERS Plaintiffs to file a status report by January 17, 2013.

**IT IS SO ORDERED.**

Dated: January 4, 2013

_____
Maria-Elena James
United States Magistrate Judge