1  BARRY E. HINKLE, Bar No. 071223
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2  DANIEL S. BROME, Bar No. 278915
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501
   Telephone  (510) 337-1001
5  Fax  (510) 337-1023
   E-Mail:  bhinkle@unioncounsel.net
6           clozano@unioncounsel.net
            dbrome@unioncounsel.net
7
8  Attorneys for Plaintiff

**GRANTED**
Judge Maria-Elena James

Dated: 1/18/2013
Plaintiff's request is GRANTED. The Case Management Conference is continued to April 18, 2013 at 10:00 a.m. in Courtroom B, 15th Floor.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PROTECH SERVICES, INC., a California corporation, individually and doing business as PROTECH GENERAL CONTRACTING SERVICES<br><br>　　　　　　　Defendant. | No. 12-cv-1047 MEJ<br><br>**STATUS REPORT**<br><br>**Honorable Maria Elena James** |

　　　　Pursuant to the Court's January 4, 2013 Order in the above-referenced matter, Plaintiffs hereby submit this Status Report.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

STATUS REPORT                                  CASE NO. 12-CV-1047 MEJ

Plaintiffs filed the complaint in this case on March 1, 2012. Defendant, Protech Services, Inc., a California Corporation, individually and doing business as Protech General Contracting Services ("Defendant"), was served by personal service on June 8, 2012, for which proofs of service were filed with this court on June 20, 2012.

On June 14, 2012, Plaintiffs' counsel was contacted via telephone by Defendant's counsel, Michael M. Noble, who stated that he would be filing an answer.  Plaintiffs awaited the filing of the answer, which never came.  On July 2, 2012, Plaintiffs' counsel received an Answer by mail that had not been filed with the Court.  Plaintiffs' counsel made several phone calls to Mr. Noble's office to notify him of this fact and did not receive a response.  On August 6, 2012, Plaintiff's counsel sent Mr. Noble correspondence letting him know that the Answer had not been filed and requesting confirmation that Mr. Noble continued to represent the Defendant in this matter.  Mr. Noble did not respond.

On October 2, 2012, Plaintiffs requested that the Court enter Defendant's Default. Default was entered on October 4, 2012.

On or around November 16, Plaintiffs' counsel was contacted by telephone by a new attorney representing Defendant, David. S. Barrett. Plaintiffs are currently engaged in ongoing settlement discussions with Defendant's counsel, and expect to reach a full resolution of this matter.

Given these facts, Plaintiffs request that Case Management Conference be continued for an additional ninety days in order to allow time for resolve this matter through settlement.

Dated:  January 17, 2013                     WEINBERG, ROGER & ROSENFELD
                                             A Professional Corporation


                                             */S/ Daniel S. Brome*
                                        By:  DANIEL S. BROME

                                             Attorneys for Plaintiffs

130385/700376

STATUS REPORT                                                CASE NO. 12-cv-1047 MEJ

2

**PROOF OF SERVICE**
**(CCP §1013)**

I am a citizen of the United States and resident of the State of California. I am employed in the County of Alameda, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.

On January 17, 2013, I served the following documents in the manner described below:

**STATUS REPORT**

- ☑ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing with the United States Parcel Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Alameda, California.

- ☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

- ☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

- ☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by United Parcel Service for overnight delivery.

- ☐ (BY PERSONAL DELIVERY) I caused such envelope to be delivered by hand to the offices of each addressee below.

On the following part(ies) in this action:

Mr. Chris Ott
Protech Services, Inc.
61 Glenwood Drive
Napa, CA  94559

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 17, 2013, at Alameda, California.

/s/ *Karen Scott*
Karen Scott

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001