BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
         clozano@unioncounsel.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                           Plaintiff,<br><br>     v.<br><br>PROTECH SERVICES, INC., a California corporation, individually and doing business as PROTECH GENERAL CONTRACTING SERVICES<br><br>                           Defendant. | No. 12-cv-1047 MEJ<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER** |

**TO:  THE CLERK OF THE COURT AND DEFENDANT PENINSULA BUILDERS, INC.,**

**A California Corporation:**

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial Case Management Conference scheduled for April 18, 2013 at 10:00 a.m. be continued for ninety days

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER, CASE NO. 12-CV-1047 MEJ

1 to allow Plaintiffs additional time to prepare and serve a Motion for Default Judgment on
2 Defendant.

3      Plaintiffs filed its Complaint in this matter on February 23, 2012.  Defendant was served
4 on June 8, 2012.  On June 14, 2012, Plaintiffs' counsel was contacted by Defendant's counsel,
5 Michael M. Noble, who stated that he would be filing an answer.  Plaintiffs awaited the filing of
6 the answer, which never came.  On July 2, 2012, Plaintiffs' counsel received an Answer by mail
7 that had not been filed with the Court.  Plaintiffs' counsel made several phone calls to Mr.
8 Noble's office to notify him of this fact and did not receive a response.  On August 6, 2012,
9 Plaintiff's counsel sent Mr. Noble correspondence letting him know that the Answer had not been
10 filed and requesting confirmation that Mr. Noble continued to represent the Defendant in this
11 matter.  Mr. Noble did not respond.

12      On October 2, 2012, Plaintiffs requested that the Court enter Defendant's Default. Default
13 was entered on October 4, 2012.

14      On or around November 16, Plaintiffs' counsel was contacted by telephone by a new
15 attorney representing Defendant, David. S. Barrett.  Plaintiffs attempted on various occasions to
16 settle this matter with Defendant via Mr. Barrett, as well as to seek payment of the delinquent
17 amounts from general contractors, with whom Defendant worked.

18      Given that Defendant has stopped responding to Plaintiffs demands for payment or
19 settlement, Plaintiffs will be filing a Motion for Default Judgment.

20      Given these facts, Plaintiffs request that Case Management Conference be continued for
21 ninety days in order to allow Plaintiffs additional time to prepare and file this motion.
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1  The above stated facts are set forth in the accompanying Declaration of Concepción E.
2  Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference,
3  filed herewith.

4  Dated: April 12, 2013

5                                        WEINBERG, ROGER & ROSENFELD
                                      A Professional Corporation
6
7                                 By:     /s/ *Concepción E. Lozano-Batista*
8                                    CONCEPCIÓN E. LOZANO-BATISTA
                                  Attorneys for Plaintiffs
9

10  **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

11  Based upon the foregoing Ex Parte Application for Continuance of Case Management
12  Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to
13  Continue Case Management Conference, the Court orders a continuance of the Case Management
14  Conference for ~~90~~ 60 days, ~~or as soon thereafter as a court date is available~~ until June 13, 2013 at 10:00 a.m.  In addition, the Court
15  orders: that counsel serve defendant and/or his counsel with a copy
16      of this Order.

17  Dated: April 15, 2013
18                                        HONORABLE MARIA ELENA JAMES
19                                        United States District Court Judge

20  130385/712155

21
22
23
24
25
26
27
28

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

Ex Parte Application for Continuance of Case Management Conference;
(Proposed) Order, Case No. 12-cv-1047 MEJ