1  BARRY E. HINKLE, Bar No. 071223
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501
4  Telephone  (510) 337-1001
   Fax  (510) 337-1023
5  E-Mail:  bhinkle@unioncounsel.net
              clozano@unioncounsel.net
6

7  Attorneys for Plaintiff

8

9                    UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA DIVISION

11

12  THE BOARD OF TRUSTEES, in their capacities        No. 12-cv-1047 MEJ
    as Trustees of the LABORERS HEALTH AND
13  WELFARE TRUST FUND FOR NORTHERN
    CALIFORNIA; LABORERS VACATION-
14  HOLIDAY TRUST FUND FOR NORTHERN
    CALIFORNIA; LABORERS PENSION TRUST
15  FUND FOR NORTHERN CALIFORNIA; and      **EX PARTE APPLICATION FOR**
    LABORERS TRAINING AND RETRAINING       **CONTINUANCE OF CASE**
16  TRUST FUND FOR NORTHERN                **MANAGEMENT CONFERENCE;**
    CALIFORNIA,                            **(~~PROPOSED~~) ORDER**
17
                         Plaintiff,
18
          v.
19

20
    PROTECH SERVICES, INC., a California
21  corporation, individually and doing business as
    PROTECH GENERAL CONTRACTING
22  SERVICES

23                        Defendant.

24

25  **TO:  THE CLERK OF THE COURT AND DEFENDANT PENINSULA BUILDERS, INC.,**

26  **A California Corporation:**

27          Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial Case

28  Management Conference scheduled for April 18, 2013 at 10:00 a.m. be continued for ninety days

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

1    to allow Plaintiffs additional time to prepare and serve a Motion for Default Judgment on

2    Defendant.

3           Plaintiffs filed its Complaint in this matter on February 23, 2012.  Defendant was served

4    on June 8, 2012.  On June 14, 2012, Plaintiffs' counsel was contacted by Defendant's counsel,

5    Michael M. Noble, who stated that he would be filing an answer.  Plaintiffs awaited the filing of

6    the answer, which never came.  On July 2, 2012, Plaintiffs' counsel received an Answer by mail

7    that had not been filed with the Court.  Plaintiffs' counsel made several phone calls to Mr.

8    Noble's office to notify him of this fact and did not receive a response.  On August 6, 2012,

9    Plaintiff's counsel sent Mr. Noble correspondence letting him know that the Answer had not been

10   filed and requesting confirmation that Mr. Noble continued to represent the Defendant in this

11   matter.  Mr. Noble did not respond.

12          On October 2, 2012, Plaintiffs requested that the Court enter Defendant's Default. Default

13   was entered on October 4, 2012.

14          On or around November 16, Plaintiffs' counsel was contacted by telephone by a new

15   attorney representing Defendant, David. S. Barrett.  Plaintiffs attempted on various occasions to

16   settle this matter with Defendant via Mr. Barrett, as well as to seek payment of the delinquent

17   amounts from general contractors, with whom Defendant worked.

18          Given that Defendant has stopped responding to Plaintiffs demands for payment or

19   settlement, Plaintiffs will be filing a Motion for Default Judgment.

20          Given these facts, Plaintiffs request that Case Management Conference be continued for

21   ninety days in order to allow Plaintiffs additional time to prepare and file this motion.

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

Ex Parte Application for Continuance of Case Management Conference;
(Proposed) Order, Case No. 12-cv-1047 MEJ

1    The above stated facts are set forth in the accompanying Declaration of Concepción E.

2  Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference,

3  filed herewith.

4  Dated: April 12, 2013

5                                              WEINBERG, ROGER & ROSENFELD
                                               A Professional Corporation
6

7                                              By:_____/s/ *Concepción E. Lozano-Batista*_____
                                                     CONCEPCIÓN E. LOZANO-BATISTA
8                                              Attorneys for Plaintiffs

9

10              **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

11    Based upon the foregoing Ex Parte Application for Continuance of Case Management

12  Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to

13  Continue Case Management Conference, the Court orders a continuance of the Case Management

14  Conference for ~~90~~ 60 days, ~~or as soon thereafter as a court date is available~~ until June 13, 2013 at 10:00 a.m.  In addition, the Court

15  orders: that counsel serve defendant and/or his counsel with a copy
       of this Order.

16

17  Dated: April 15, 2013                      _____

18                                             HONORABLE MARIA ELENA JAMES

19                                             United States District Court Judge

20  130385/712155

21

22

23

24

25

26

27

28

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

Ex Parte Application for Continuance of Case Management Conference;
(Proposed) Order, Case No. 12-cv-1047 MEJ