UNITED STATES DISTRICT COURT

Northern District of California

BOARD OF TRUSTEES,

              Plaintiff,

  v.

PROTECH SERVICES,

              Defendant.
_____/

No. C 12-01047 MEJ

**ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** [Dkt. No. 23]

     Pending before the Court is Plaintiff's Motion for Default Judgment against Defendant Protech Services. Dkt. No. 23. Defendant has not filed an opposition or otherwise appeared in this matter. The matter is set for hearing on July 25, 2013. The Court has reviewed Plaintiff's Motion and finds that it has sufficiently set forth its arguments, supporting authorities, and citations to the record and that oral argument would not assist the Court in resolving the pending Motion. Accordingly, pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-(1)(b), the Court **VACATES** the July 25, 2013 hearing. The Court will issue its order on Plaintiff's Motion in due course.

    **IT IS SO ORDERED.**

Dated: July 24, 2013

_____
Maria-Elena James
United States Magistrate Judge