UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BOARD OF TRUSTEES,<br><br>    Plaintiffs,<br>v.<br><br>PROTECH SERVICES,<br><br>    Defendant.<br>_____/ | No. C 12-01047 MEJ<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING** |

On June 20, 2013, Plaintiffs filed their Motion for Default Judgment against Defendant Protech Services. Dkt. No. 24. Plaintiffs seek default judgment and an award of unpaid employer contributions, liquidated damages, and interest on the outstanding amounts. In support of these amounts, Plaintiffs have submitted a declaration from their Accounts Receivable Manager, Michelle Lauziere. Dkt. No. 25. As Exhibits E and F to her Declaration, Ms. Lauziere has attached Statements of Contributions Due for the periods of January 2007 - June 2009, and March 2010 - August 2011. *Id*. The Court has reviewed the Statements, and finds that their format does not allow the Court to readily verify the amounts of unpaid contributions by date. Additionally, in her Declaration, Ms. Lauziere states that following an audit for the period of January 2007 - June 2009, Plaintiffs are entitled to $7,722.50 in unpaid contributions and interest and liquidated damages in the amount of $8,500.41. Ms. Lauziere does not explain what portion of the $8,500.41 represents liquidated damages and what portion represents interest and the Court is not able to make this distinction based on the information in the Statement attached as Exhibit F.

1  Accordingly, to enable the Court to verify the amount of unpaid contributions by date, the
2 amount of liquidated damages assessed, and the amount of interest due, Plaintiff is **ORDERED** to
3 submit a supplemental brief and/or exhibit itemizing their calculations for these figures.

4  **IT IS SO ORDERED.**

6 Dated: July 29, 2013

_____
Maria-Elena James
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**