UNITED STATES DISTRICT COURT

Northern District of California

BOARD OF TRUSTEES,     No. C 12-01047 MEJ

        Plaintiff,     **SECOND ORDER RE SUPPLEMENTAL BRIEFING**

  v.

PROTECH SERVICES,

        Defendant.

_____/

On July 29, 2013, the Court issued an order for supplemental briefing directing Plaintiff to submit documentation in support of the amounts requested in its Motion for Default Judgment. Dkt. No. 32. To date, Plaintiff has not filed any brief or supporting materials in response. Accordingly, the Court **ORDERS** that by **September 6, 2013**, Plaintiff shall either file documents responsive to the Court's previous order, or file a status report indicating a date certain when the documents will be filed.

**IT IS SO ORDERED.**

Dated: September 4, 2013

_____
Maria-Elena James
United States Magistrate Judge