UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PROTECH SERVICES, INC., a California corporation, individually and doing business as PROTECH GENERAL CONTRACTING SERVICES, <br><br> Defendant. | Case No: C 12-1047 SBA <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION** <br><br> Docket 23, 37 |

On June 20, 2013, Plaintiffs[1] filed a Motion for Default Judgment against Defendant Protech Services, Inc. ("Defendant"). Dkt. 23. On November 4, 2013, Magistrate Judge Maria-Elena James ("the Magistrate") issued a Report and Recommendation in which she recommends that default judgment be entered against Defendant and that Plaintiffs be awarded: (1) unpaid contributions in the amount of $51,654.35; (2) interest and liquidated damages on the unpaid contributions in the amount of $37,534.46; (3) attorneys' fees and costs in the amount of $13,503.87; and (4) a mandatory injunction requiring Defendant to submit to an audit of its financial records by Plaintiffs for the period July 1, 2009 to the

---

[1] The Plaintiffs are: The Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California (collectively, "Plaintiffs").

1 present. Dkt. 37. On November 4, 2013, this case was reassigned to the undersigned. Dkt. 39.

Any objections to the Magistrate's Report and Recommendation were required to be filed within fourteen days of service thereof. Fed.R.Civ.P. 72(b)(2); 28 U.S.C. § 636(b)(1)(C). The district court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).

To date, no objection to the Magistrate's Report and Recommendation has been filed. In the absence of a timely objection, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed.R.Civ.P. 72, Advisory Committee Notes (1983) (citing Campbell v. U.S. Dist. Court, 501 F.2d 196, 206 (9th Cir. 1974)); see also United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) ("The statute [28 U.S.C. § 636(b)(1)(C)] makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if [an] objection is made*, but not otherwise.") (en banc). The Court has reviewed the record on its face and finds no clear error. Accordingly,

IT IS HEREBY ORDERED THAT the Magistrate's Report and Recommendation (Dkt. 37) is ACCEPTED and shall become the Order of this Court. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: 1/13/2014

*[signature]*
SAUNDRA BROWN ARMSTRONG
United States District Judge