UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>PROTECH SERVICES, INC., a California corporation, individually and doing business as PROTECH GENERAL CONTRACTING SERVICES,<br><br>Defendant. | Case No: C 12-1047 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Accepting the Magistrate's Report and Recommendation Re: Plaintiffs' Motion for Default Judgment (Dkt. 41), IT IS HEREBY ORDERED THAT final judgment shall be entered in favor of Plaintiffs and against Defendant.

IT IS SO ORDERED.

Dated: 1/14/2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge